Kemil A. MESAYS, Plaintiff—Appellant,

v.

Colin POWELL, Secretary of the Department of State, Defendant—Appellee.

No. 04–1127.

United States Court of Appeals, Fourth Circuit.

Submitted May 14, 2004.

Decided June 10, 2004.

Kemil A. Mesays, Appellant pro se.

Before NIEMEYER, LUTTIG, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Kemil A. Mesays appeals the district court's orders dismissing his employment discrimination complaint as untimely filed, denying his motion for reconsideration, and denying his request for a refund of the filing fee. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Mesays v. Powell*, No. CA–03–3256–RDB (D. Md. Nov. 24, 2003; Dec. 16, 2003; filed Jan. 9, 2004, entered Jan. 22, 2004). We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*